# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

| | | |
|---|---|---|
| Desmond Ndambi, et al., individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-cv-03521-RDB |
| v. | ) ) | |
| CoreCivic, Inc., | ) ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of Defendant CoreCivic, Inc.'s Consent Motion for Extension of Time to Respond to Complaint, it is hereby

ORDERED that the Consent Motion is GRANTED and

FURTHER ORDERED that Defendant CoreCivic shall respond to the Complaint on or before January 11, 2019.

_____
Judge Richard D. Bennett
United States District Court