_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

DEC 1 1 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

| | | |
|---|---|---|
| Desmond Ndambi, et al., individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-cv-03521-RDB |
| v. | ) ) ) | |
| CoreCivic, Inc., | ) ) | |
| Defendant. | ) ) | |

**ORDER**

UPON CONSIDERATION of Defendant CoreCivic, Inc.'s Consent Motion for Extension of Time to Respond to Complaint, it is hereby

ORDERED that the Consent Motion is GRANTED and

FURTHER ORDERED that Defendant CoreCivic shall respond to the Complaint on or before January 11, 2019.

December 11, 2019

_____
Judge Richard D. Bennett
United States District Court