NDAMBI, ET AL. V. CORECIVIC, INC.

CONSENT TO JOIN LAWSUIT CLAIMING THAT CIVIL IMMIGRATION DETAINEES AT THE CIBOLA COUNTY CORRECTIONAL CENTER WERE PAID LESS THAN THE AMOUNT REQUIRED BY LAW FOR THEIR WORK

Name: BOKOLE UMBA DIEU

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I performed work for CoreCivic, Inc. while detained at Cibola County Correctional Center at some point during the last two years.

3. I consent and agree to join this case against CoreCivic, Inc., to recover unpaid minimum wages and other benefits, including liquidated damages. By joining this law suit, I agree to be bound by any ruling or judgment issued by the Court or by any settlement of this case

4. I understand that this lawsuit claims that CoreCivic, Inc. failed to pay me and others detained at the Cibola Correctional Center wages at amounts required by law for work. I understand that this lawsuit seeks to recover unpaid wages and other compensation that CoreCivic, Inc. unlawfully retained.

5. I choose to be represented by class counsel Cohen Milstein Sellers & Toll PLLC; Miner, Barnhill & Galland, P.C; the Law Office of R. Andrew Free; and any other lawyers they may choose to associate with for all purposes in this action and to take any steps necessary to pursue my claims.

6. I understand that I may withdraw this consent at any time by notifying in writing class counsel identified above.

12/09/18                    Bokole
Date Signed                 Signature

_____
Printed Name

Return this form by mail, email, or fax to:
Mail:
Cohen Milstein Sellers & Toll, PLLC
Attn: Julia Montiel
1100 New York Ave., NW, Suite 500
Washington, DC 20005

Email: opt-in@cohenmilstein.com
Fax: (202) 408-4699