**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| Desmond Ndambi, et al., individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-cv-03521-RDB |
| v. | ) ) | |
| CoreCivic, Inc., | ) ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S MOTION TO DISMISS COMPLAINT</u>**

Defendant CoreCivic, Inc., moves to dismiss the Complaint, pursuant to Civil Rule of Procedure 12(b), because it fails to state a claim upon which relief can be granted. Plaintiffs—former immigration detainees in federal custody—base their claims on the incorrect legal premise that they were entitled to federal and state minimum wages for their voluntary participation in a work program sponsored by the detention facility. For the reasons set forth in the Memorandum, the minimum-wage laws do not apply to labor performed by immigration detainees because of the economic reality of their custodial detention. And because they do not apply, Plaintiffs have no claim for unjust enrichment either. The Complaint should be dismissed with prejudice.

Dated: January 11, 2019                    Respectfully submitted,

/s/ Daniel P. Struck
Daniel P. Struck *(pro hac vice)*
Rachel Love *(pro hac vice)*
Jacob B. Lee *(pro hac vice)*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
jlee@strucklove.com

Paul J. Maloney, 02026
Matthew D. Berkowitz, 17999
K. Maxwell Bernas, 1048861
CARR MALONEY PC
2020 K Street NW, Suite 850
Washington, DC 20006
Phone: (202) 310-5500
Fax: (202) 310-5555
paul.maloney@carrmaloney.com
matthew.berkowitz@carrmaloney.com
maxwell.bernas@carrmaloney.com

Attorneys for Defendant CoreCivic, Inc.
Attorneys for Defendant CoreCivic, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Joseph M. Sellers | jsellers@cohenmilstein.com |
| D. Michael Hancock | mhancock@cohenmilstein.com |
| Stacy N. Cammarano | scammarano@cohenmilstein.com |
| Robert S. Libman | rlibman@lawmbg.com |
| Nancy Maldonado | nmaldonado@lawmbg.com |
| Deanna Pihos | dpihos@lawmbg.com |
| Benjamin Blustein | bblustein@lawmbg.com |
| Matthew J. Owens | mowens@lawmbg.com |
| R. Andrew Free | andrew@immigrantcivilrights.com |
| Matthew D. Berkowitz | matthew.berkowitz@carrmaloney.com |
| K. Maxwell Bernas | maxwell.bernas@carrmaloney.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      N/A

                                                      /s/ Daniel P. Struck

3526357.1