IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| Desmond Ndambi, et al., individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-cv-03521-RDB |
| v. | ) ) | |
| CoreCivic, Inc., | ) ) | |
| Defendant. | ) | |

**ORDER**

UPON CONSIDERATION of Defendant CoreCivic, Inc.'s Motion to Dismiss Complaint, it is hereby

ORDERED that the Motion to Dismiss is GRANTED and

FURTHER ORDERED that Plaintiffs' Complaint is dismissed with prejudice.

_____
Judge Richard D. Bennett
United States District Court