**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Desmond Ndambi, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc.,<br><br>    Defendant. | Case No. 1:18-cv-3521-RDB |

## <u>ORDER</u>

Upon consideration of Desmond Ndambi, Mbah Emmanuel Abi, and Nkemtoh Moses Awombang (collectively, "Plaintiffs"), "Unopposed Motion for Extension of Time," filed in the above-captioned case on January 18, 2019, it is hereby

ORDERED that Plaintiffs' Motion shall be granted and it is further

ORDERED that Plaintiffs shall respond to Defendant CoreCivic, Inc.'s "Motion to Dismiss Complaint," (ECF No. 36) on or before February 1, 2019.

January ____, 2019.

By the Court:

_____
THE HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE