FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

2019 JAN 22  PM 1: 19

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| Desmond Ndambi, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:18-cv-3521-RDB |
| CoreCivic, Inc., | |
| Defendant. | |

## ORDER

Upon consideration of Desmond Ndambi, Mbah Emmanuel Abi, and Nkemtoh Moses Awombang (collectively, "Plaintiffs"), "Unopposed Motion for Extension of Time," filed in the above-captioned case on January 18, 2019, it is hereby

ORDERED that Plaintiffs' Motion shall be granted and it is further

ORDERED that Plaintiffs shall respond to Defendant CoreCivic, Inc.'s "Motion to Dismiss Complaint," (ECF No. 36) on or before February 1, 2019.

January 22, 2019.

By the Court:

_____
THE HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE