**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Desmond Ndambi, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:18-cv-3521-RDB |
| CoreCivic, Inc., | |
| Defendant. | |

**ORDER**

Upon consideration of Defendant CoreCivic, Inc's ("CoreCivic") "Motion to Dismiss Complaint," (ECF No. 36), the Plaintiffs' Opposition to Defendants Motion to Dismiss (ECF No.___) and the entire record herein, it is hereby

ORDERED that Defendant CoreCivic, Inc's Motion to Dismiss Complaint (ECF No. 36) shall be DENIED.

_____, 2019.

By the Court:

_____
THE HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE