## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | | |
|---|---|---|
| Desmond Ndambi, et al., individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-cv-03521-RDB |
| v. | ) ) | |
| CoreCivic, Inc., And | ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant CoreCivic, Inc.'s Consent Motion for Extension of Time to File Reply in Support of Motion to Dismiss Complaint. Upon consideration of the Motion, it is hereby

ORDERED that the Consent Motion is GRANTED and

FURTHER ORDERED that Defendant CoreCivic shall file its Reply in Support of the Motion to Dismiss Complaint on or before March 8, 2019.

SO ORDERED this ___ day of _____, 2019.

_____

Hon. Richard D. Bennett
United States District Court Judge

3549623.1