**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 1 1 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| Desmond Ndambi, et al., individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Case No. 1:18-cv-03521-RDB |
| | ) ) | |
| v. | ) ) | |
| | ) | |
| CoreCivic, Inc., And | ) ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant CoreCivic, Inc.'s Consent Motion for Extension of Time to File Reply in Support of Motion to Dismiss Complaint. Upon consideration of the Motion, it is hereby

ORDERED that the Consent Motion is GRANTED and

FURTHER ORDERED that Defendant CoreCivic shall file its Reply in Support of the Motion to Dismiss Complaint on or before March 8, 2019.

SO ORDERED this 11th day of February, 2019.

_____
Hon. Richard D. Bennett
United States District Court Judge

3549623.1