## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

Desmond Ndambi, et al.,

                Plaintiffs,

v.

CoreCivic, Inc.,

                Defendant.

Case No. 1:18-cv-3521-RDB

### [PROPOSED] ORDER CONDITIONALLY CERTIFYING COLLECTIVE AND DIRECTING THE ISSUANCE OF NOTICE AND TOLLING THE STATUTE OF LIMITATIONS

After reviewing Plaintiffs' Motion for Conditional Certification and Issuance of Notice, CoreCivic, Inc.'s opposition, and the Reply thereto, it is hereby ORDERED that:

a.      Plaintiffs' Motion for Conditional Certification and Issuance of Notice, filed on February 26, 2019, ECF No. _____ is GRANTED.

b.      A collective of people meeting the following definition is conditionally certified under 29 U.S.C. § 216(b):  all civilly detained immigrants who performed work for CoreCivic at Cibola through its work program at any time during the period beginning November 14, 2016, and continuing to the date on which notice is issued.

c.      The Notice of Collective Action attached to Plaintiffs' Motion as Exhibit 7 is hereby APPROVED to be issued to the above-identified putative collective.

d.      Within fourteen days of the docketing of this Order, CoreCivic, Inc. shall provide Plaintiffs' counsel a computer-readable database of names; last known addresses; all telephone number(s); e-mail addresses; the city to which the worker was deported (if applicable); the dates

of detention and employment; dates and countries of birth; and the "A-Number" or "Alien Registration Number" for each worker.

e.    Within fourteen days of the docketing of this Order, CoreCivic, Inc. shall post the Notice of Collective Action in each dormitory where detained immigrants are held at Cibola County Correctional Center.

f.    Plaintiffs are permitted to disseminate the Notice of Collective Action, in English and/or translated into local languages, to communities in which members of the collective currently reside, via radio, newspaper, and/or internet advertisements and through local community groups.

g.    Plaintiffs or a Claims Administrator selected by Plaintiffs shall send the Notice of Collective Action Lawsuit and Opt-In Consent Form to all eligible class members via first-class mail, email, and/or text message.


_____, 2019.

By the Court:


_____
THE HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

2