## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | | |
|---|---|---|
| Desmond Ndambi, et al., individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-cv-03521-RDB |
| v. | ) ) | |
| CoreCivic, Inc., | ) ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion for Conditional Certification and Issuance of Notice (Dkt. 43-1), Defendant's Response in Opposition (Dkt. __), and Plaintiffs' Reply (Dkt. __), it is hereby

ORDERED that the Motion for Conditional Certification and Issuance of Notice is DENIED.

_____
Judge Richard D. Bennett
United States District Court