## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | | |
|---|---|---|
| Desmond Ndambi, et al., individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-cv-03521-RDB |
| v. | ) ) | |
| CoreCivic, Inc., | ) ) | |
| Defendant. | ) | |

## ORDER RE DEFENDANT'S MOTION FOR LEAVE TO FILE
## A SUPPLEMENTAL OPPOSITION TO MOTION FOR CONDITIONAL
## CERTIFICATION AND ISSUANCE OF NOTICE

Before the Court is Defendant CoreCivic, Inc.'s Motion for Leave to File a Supplemental Opposition to Motion for Conditional Certification and Issuance of Notice.  Upon consideration of Defendants' Motion, it is hereby

ORDERED that the Motion is GRANTED and

FURTHER ORDERED that Defendant shall file its Supplemental Opposition to Plaintiffs' Motion for Conditional Certification and Issuance of Notice within 14 days after any order finding that Plaintiffs' Motion is not premature.

SO ORDERED this ___ day of _____, 2019.


_____
Hon. Richard D. Bennett
United States District Court Judge

3560721.1