## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DESMOND NDAMBI, *et al.,* individually   :
And on behalf of all others similarly situated,  :
       :
    Plaintiff,       :
       :
    v.       :     Civil Action No: 1:18-cv-03521 (RDB)
       :
CORECIVIC, INC.,       :
       :
    Defendant.       :

### WITHRAWAL OF APPEARANCE

The undersigned hereby withdraws the appearance of Kenneth Maxwell Bernas as co-counsel representing Defendant Corecivic, Inc.

CORE CIVIC INC.
By Counsel

By:     */s/ K. Maxwell Bernas*
Matthew D. Berkowitz, 17999
K. Maxwell Bernas, 1048861
2020 K Street, N.W., Suite 850
Washington, D.C.  20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
matthew.berkowitz@carrmaloney.com
maxwell.bernas@carrmaloney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance* *w*as electronically filed and served via the Courts CM/ECF filing system, on this 24th day of September, 2020, to:

Stephen F. Brennwald
Brennwald Caleb & Robertson
922 Pennsylvania Avenue, SE
Washington, DC  20003
*Attorney for Plaintiff*

Daniel P. Struck
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Az 85226
*Attorneys for Defendant CoreCivic*

Daniel P. Schaefer
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530

/s/ *K. Maxwell Bernas*
K. Maxwell Bernas