IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DESMOND NDAMBI, *et al.,* individually And on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No: 1:18-cv-03521 (RDB) |
| CORECIVIC, INC., | : : | |
| Defendant. | : | |

## WITHRAWAL OF APPEARANCE

The undersigned hereby withdraws the appearance of Kenneth Maxwell Bernas as co-counsel representing Defendant Corecivic, Inc.

                                  CORE CIVIC INC.
                                  By Counsel

            By:    */s/ K. Maxwell Bernas*
                       Matthew D. Berkowitz, 17999
                       K. Maxwell Bernas, 1048861
                       2020 K Street, N.W., Suite 850
                       Washington, D.C.  20006
                       (202) 310-5500 (Telephone)
                       (202) 310-5555 (Facsimile)
                       matthew.berkowitz@carrmaloney.com
                       maxwell.bernas@carrmaloney.com

**Approved: 9/24/2020**        **/s/ - Richard  D. Bennett**
                                 **U.S. District Judge**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Appearance* *w*as electronically filed and served via the Courts CM/ECF filing system, on this 24th day of September, 2020, to:

>Stephen F. Brennwald
>Brennwald Caleb & Robertson
>922 Pennsylvania Avenue, SE
>Washington, DC 20003
>*Attorney for Plaintiff*
>
>Daniel P. Struck
>STRUCK LOVE BOJANOWSKI & ACEDO, PLC
>3100 West Ray Road, Suite 300
>Chandler, Az 85226
>*Attorneys for Defendant CoreCivic*
>
>Daniel P. Schaefer
>U.S. Attorney's Office for the District of Columbia
>555 Fourth Street, NW
>Washington, DC 20530

>/s/ *K. Maxwell Bernas*
>K. Maxwell Bernas

2