FILED: April 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2207
(1:18-cv-03521-RDB)

_____

DESMOND NDAMBI; MBAH EMMANUEL ABI; NKEMTOH MOSES AWOMBANG, individually and on behalf of all others similarly situated

      Plaintiffs - Appellants

and

IVAN CHACON CHACON; PRUDENCIO RAMIREZ; HONORE OTAYEMA RECINOS; BOKOLE UMBA DIEU

      Plaintiffs

v.

CORECIVIC, INC.

      Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered March 5, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*